**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20192-BLOOM**

UNITED STATES OF AMERICA

v.

JOHN BURROUGHS,

    **Defendant.**
_____/

**GOVERNMENT'S UNOPPOSED MOTION TO COMPEL FINGERPRINTS**

    The United States respectfully requests that the Court issue an Order compelling Defendant John Burroughs ("Defendant") to provide fingerprint standards at Miami Federal Detention Center prior to the commencement of trial. Calendar call is set for Tuesday, April 16, 2024. [DE66]. The reasons for this motion are set forth below:

    1.    The Defendant is charged with being a felon in possession of a firearm and ammunition on May 22, 2020, in Miami-Dade County, Florida. The Government has further alleged that the Defendant has three previous convictions for violent felony and/or serious drug offenses. [DE18].

    2.    The Government seeks to have the defendant's fingerprint standards collected before trial so that a fingerprint examiner may compare those fingerprints to the fingerprints taken in connection with the Defendant's prior felony convictions.

    3.    To eliminate any challenge regarding the authenticity of the Defendant's prints at trial, the Government respectfully requests that this Court permit a witness to take the Defendant's fingerprints prior to the commencement of trial, which will permit the fingerprint examiner to complete a print analysis before testifying at trial.

4.  Counsel for the United States contacted defense counsel to confer on the instant Motion, who does not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court issue an Order permitting the fingerprint examiner to take the Defendant's fingerprints at the Miami Federal Detention Center.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:

*/s/ Sterling M. Paulson*
Sterling M. Paulson
Assistant United States Attorney
Court ID No. A5503032
99 NE 4th Street
Miami, FL 33132
Tel.: 305-961-9302
Email: sterling.paulson@usdoj.gov